IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROGER FOY JENKINS                                                    PLAINTIFF

v.                    Civil No. 06-2030

GEICO INDEMNITY CO.; and
AGENT CARRIE TAYLOR                                    DEFENDANTS

## **ORDER**

On March 10, 2006, an order (Doc. 4) was entered directing the plaintiff to complete a questionnaire that would be filed as an addendum to his complaint. On April 6, 2006, plaintiff filed his addendum to the complaint (Doc. 5).

Upon review of the file, the court believes additional information is needed before it can be determined if service should issue. Accordingly, it is ordered that plaintiff, Roger Foy Jenkins, complete and sign the attached second addendum to his complaint, and return the same to the court **by May 10, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by May 10, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 10th day of April 2006.

                                                      /s/ Beverly Stites Jones
                                                      UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROGER FOY JENKINS                                                                    PLAINTIFF

                v.                              Civil No. 06-2030

GEICO INDEMNITY CO.; and
AGENT CARRIE TAYLOR                                                          DEFENDANTS

## **SECOND ADDENDUM TO COMPLAINT**

TO: ROGER FOY JENKINS

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and send it back to the court **by May 10, 2006**. Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

### **RESPONSE**

      In your complaint, you allege in an automobile accident on September 7, 2003, in Fort Smith, Arkansas. You indicate you were hit from the rear by Rayford Gilley who is insured by GEICO.

      You state you sent all your medical bills and evidence of your lost wages and other expenses to Carrie Taylor, an agent for GEICO, asking for a settlement. However, you did not receive a settlement.

**AO72A**
**(Rev. 8/82)**

1. Please provide the court with your address on September 7, 2003.

Answer:

_____

_____

_____

2. You indicate you worked at Gerber Products. Where was the Gerber Products facility you worked at located?

Answer:

_____

_____

_____

3. Have you ever lived in the State of Arkansas?

Answer: Yes _____ No _____.

If you answered yes, please provide the court with the dates you lived in the State of Arkansas.

_____

_____

_____

4. Did you live in the State of Texas prior to your incarceration there?

Answer: Yes _____ No _____.

If you answered yes, please state: (a) when you moved to Texas; (b) where you lived in Texas; and (c) your place of employment there.

_____

_____

_____

_____

_____

_____

      5. After your release from incarceration will you live in Arkansas?

      Answer: Yes _____ No _____.

      If you answered no, please state where you will live and explain your reasons for living there.

_____

_____

_____

_____

_____

_____

      I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                                                  _____
                                                                  ROGER FOY JENKINS

                                                                  _____
                                                                  DATE